CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*
*Ian Tuuamalemalo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IAN TUUAMALEMALO,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; OFFICER S. MPHILLIPS P#8903, individually; OFFICER S. GREEN P#8918, individually; SGT. TOM JENKINS P#4456; and THREE NAMED UNKNOWN LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, individually;<br><br>    Defendants. | Case No.  2:16-cv-619-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REBUTTAL EXPERT REPORT**<br>**(First Request)**<br><br>ECF No. 22 |

   COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendants' Motion to Strike Plaintiff's Rebuttal Expert Report [ECF 20] filed on March 17, 2017, currently due March 31, 2017, be extended an additional fourteen (14) days up to and including Friday, April 14, 2017.

   Although Plaintiff's counsel has been actively working on responding to Defendants' Motion, Plaintiff's counsel has been unable to complete the Response. Since the filing of Defendants' Motion, Plaintiff's counsel has had a Ninth Circuit brief due, six (6) depositions,

1 and has had numerous substantive motions and responses; as well as other general appearances
2 and deadlines.
3     This request for extension is made in good faith and not for the purposes of delay.
4     WHEREFORE, the parties respectfully request that the Response be extended an
5 additional fourteen (14) days up to and including Friday, April 14, 2017.
6     APPROVED AS TO FORM AND CONTENT.

7 DATED this 30th day of March, 2017.      DATED this 30th day of March, 2017.

POTTER LAW OFFICES      MARQUIS AURBACH COFFING

By  /s/ Cal. J. Potter, III, Esq.      By  /s/ Craig R. Anderson, Esq.
CAL J. POTTER, III, ESQ.      CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988      Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.      10001 Park Run Drive
Nevada Bar No. 13225      Las Vegas, NV 89145
1125 Shadow Lane      *Attorney for Defendants*
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

3/31/17
DATED      UNITED STATES DISTRICT JUDGE