| | |
|---|---|
| 1 | CAL J. POTTER, III, ESQ. |
| | Nevada Bar No. 1988 |
| 2 | C. J. POTTER, IV, ESQ. |
| | Nevada Bar No. 13225 |
| 3 | POTTER LAW OFFICES |
| | 1125 Shadow Lane |
| 4 | Las Vegas, Nevada 89102 |
| | Tel: (702) 385-1954 |
| 5 | Fax: (702) 385-9081 |
| | cpotter@potterlawoffices.com |
| 6 | cj@potterlawoffices.com |
| | *Attorneys for Plaintiff* |
| 7 | *Ian Tuuamalemalo* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IAN TUUAMALEMALO, | Case No. 2:16-cv-619-JAD-VCF |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; OFFICER S. MPHILLIPS P#8903, individually; OFFICER S. GREEN P#8918, individually; SGT. TOM JENKINS P#4456; and THREE NAMED UNKNOWN LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, individually; | **STIPULATION AND ORDER TO EXTEND RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (First Request) ECF No. 23 |
| Defendants. | |

   COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendants' Motion for Summary Judgment [ECF 21] filed on March 17, 2017, currently due April 7, 2017, be extended an additional fourteen (14) days up to and including Friday, April 21, 2017.

   The reason for this request is that Plaintiff's counsel has numerous conflicting deadlines, specifically four (4) Ninth Circuit Appellate Briefs, a Writ of Certiorari to the United States Supreme Court, and numerous substantive motions and responses; as well as other general appearances and deadlines.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional fourteen (14) days up to and including Friday, April 21, 2017.

APPROVED AS TO FORM AND CONTENT.

| DATED this 30th day of March, 2017. | DATED this 30th day of March, 2017. |
|---|---|
| POTTER LAW OFFICES | MARQUIS AURBACH COFFING |
| By /s/ Cal. J. Potter, III, Esq.<br>CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | By /s/ Craig R. Anderson, Esq.<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendants* |

**<u>ORDER</u>**

IT IS SO ORDERED.

3-31-17
DATED

_____
UNITED STATES DISTRICT JUDGE