CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*
*Ian Tuuamalemalo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IAN TUUAMALEMALO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; OFFICER S. MPHILLIPS P#8903, individually; OFFICER S. GREEN P#8918, individually; SGT. TOM JENKINS P#4456; and THREE NAMED UNKNOWN LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, individually;<br><br>　　　Defendants. | Case No.　2:16-cv-619-JAD-VCF<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)**<br><br>[ECF No. 28] |

　　　COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendants' Motion for Summary Judgment [ECF 21] filed on March 17, 2017, currently due April 21, 2017, be extended an additional seven (7) days up to and including Monday, April 28, 2017.

　　　Although Plaintiff's counsel has been actively working on responding to Defendants' Motion, Plaintiff's counsel came down with the flu and does not believe he will be able to complete the response by the April 21, 2017, due date. Additionally, Plaintiff 's counsel is

. . .

preparing for an upcoming Medical Malpractice trial set to commence on May 1, 2017, in *Marilyn Sumner, et al. v. Summerlin Hospital, et al.*; Case Number A-14-709473-C.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional seven (7) days up to and including Monday, April 28, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 21st day of April, 2017.          DATED this 21st day of April, 2017.

POTTER LAW OFFICES                            MARQUIS AURBACH COFFING

By  /s/ Cal. J. Potter, III, Esq.             By  /s/ Craig R. Anderson, Esq.
CAL J. POTTER, III, ESQ.                      CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                           Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                        10001 Park Run Drive
Nevada Bar No. 13225                          Las Vegas, NV 89145
1125 Shadow Lane                              *Attorney for Defendants*
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

April 24, 2017
DATED                                         UNITED STATES DISTRICT JUDGE