# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IAN TUUAMALEMALO,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendant. | 2:16-cv-00619-JAD-VCF<br>**ORDER** |

  Before the Court is *Ian Tuuamalemalo v. Las Vegas Metropolitan Police Department*, case number 2:16-cv-00619-JAD-VCF. A settlement conference is scheduled for May 23, 2018. A notice of appeal was filed on April 17, 2018. (ECF No. 38).

  Accordingly,

  IT IS HEREBY ORDERED that an in chambers telephonic hearing regarding the settlement conference is scheduled for 11:00 AM, May 4, 2018.

  The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

  DATED this 18th day of April, 2018.

                               _____

                               CAM FERENBACH<br>                               UNITED STATES MAGISTRATE JUDGE