**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Ofc. MPhillips, Ofc. Greene, and Sgt. Jenkins

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN TUUAMALEMALO,<br><br>             Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE FORCE, a Political Subdivision of the STATE OF NEVADA; OFFICER S. MPHILLIPS, P#8903, individually; OFFICER S. GREEN, P#8918, individually; SGT. TOM JENKINS, P#4456; and THREE NAMED UNKNOWN LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, individually,<br><br>             Defendants. | Case No.:    2:16-cv-00619-JAD (DJA)<br><br>**STIPULATION AND ORDER CONCERNING THE JOINT PRETRIAL ORDER DEADLINE**<br><br>ECF No. 60 |

Plaintiff Ian Tuuamalemalo and Defendant Officer S. Greene (collectively "the Parties"), hereby stipulate and agree as follows:

1.  WHEREAS, the current deadline to file the joint pretrial order is August 3, 2020; and

2.  WHEREAS, the Parties wish to conduct a telephonic conference regarding the joint pretrial order to discuss edits and trial dates; however, counsel for the Parties were not able to coordinate this call before the current deadline due to their schedules in other matters.

/ / /

/ / /

Page 1 of 2

MAC:05166-915 4107428_1 7/31/2020 10:45 AM

WHEREFORE, the Parties stipulate and agree to the following:

1. The Parties shall file the joint pretrial order on August 17, 2020.

IT IS SO STIPULATED this 31st day of July, 2020.

| MARQUIS AURBACH COFFING | CLARK HILL LLP |
|---|---|
| By: _____s/Craig R. Anderson_____<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant S. Greene | By: ___s/Paola M. Armeni_____<br>Paola M. Armeni, Esq.<br>Nevada Bar No. 8357<br>3800 Howard Hughes Pkwy., Ste. 500<br>Las Vegas, Nevada 89169<br>Attorney for Plaintiff |

**ORDER**

With good cause appearing, IT IS HEREBY ORDERED that the stipulation to extend the deadline to file the joint pretrial order to August 17, 2020, **[ECF No. 60] is GRANTED**.

_____
U.S. District Judge  7-31-2020

MAC:05166-915 4107428_1 7/31/2020 10:45 AM