**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. MPhillips, Ofc. Greene, and Sgt. Jenkins

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IAN TUUAMALEMALO,<br><br>                              Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE FORCE, a Political Subdivision of the STATE OF NEVADA; OFFICER S. MPHILLIPS, P#8903, individually; OFFICER S. GREEN, P#8918, individually; SGT. TOM JENKINS, P#4456; and THREE NAMED UNKNOWN LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, individually,<br><br>                              Defendants. | Case No.:      2:16-cv-00619-JAD (DJA)<br><br><br>ECF No. 74 |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff Ian Tuuamalemalo, by and through his counsel of record, Paola M. Armeni, Esq. of Clark Hill LLP and Defendants Officer S. MPhillips, Ofc. S. Greene, Sgt. T. Jenkins and Las Vegas Metropolitan Police Department, by and their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, that the above-referenced action be dismissed with prejudice;

IT IS FURTHER STIPULATED that the November 29, 2021 Status Conference be vacated; and

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and

2  costs.

3    IT IS SO STIPULATED this 17th day of November, 2021.

4

5  MARQUIS AURBACH COFFING          CLARK HILL LLP

6

7  By:     s/Craig R. Anderson              By:    s/Paola M. Armeni
         Craig R. Anderson, Esq.                  Paola M. Armeni, Esq.
8        Nevada Bar No. 6882                      Nevada Bar No. 8357
         10001 Park Run Drive                     3800 Howard Hughes Pkwy., Ste. 500
         Las Vegas, Nevada 89145                  Las Vegas, Nevada 89169
9        Attorneys for Defendants                 Attorney for Plaintiff

10

11                                  **ORDER**

12    Based on the parties' stipulation [ECF No. 74] and good cause appearing, IT IS

13  HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its

14  own fees and costs.  The 11/29/2021 status conference is VACATED.  The Clerk of Court is

15  directed to CLOSE THIS CASE.

16                              _____
                                U.S. District Judge Jennifer A. Dorsey
17                              Dated: November 17, 2021

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816